IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Hines, Estella

Printed: 12/02/08

Case Number: 04 B 23559
Judge: Goldgar, A. Benjamin
Filed: 6/22/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed:  March 7, 2008
Confirmed: September 7, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 8,802.93 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 5,742.72 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,565.00 |
| Trustee Fee: |  | 464.28 |
| Other Funds: |  | 30.93 |
| Totals: | 8,802.93 | 8,802.93 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Schottler & Zukosky | Administrative | 2,565.00 | 2,565.00 |
| 2. | Smith Rothchild Financial Co | Secured | 0.00 | 0.00 |
| 3. | Select Portfolio Servicing | Secured | 0.00 | 0.00 |
| 4. | Smith Rothchild Financial Co | Secured | 318.24 | 0.00 |
| 5. | Select Portfolio Servicing | Unsecured | 250.00 | 250.00 |
| 6. | ECast Settlement Corp | Unsecured | 1,421.26 | 1,975.22 |
| 7. | Capital One | Unsecured | 1,052.20 | 1,462.33 |
| 8. | Resurgent Capital Services | Unsecured | 275.51 | 382.89 |
| 9. | Retailers National Bank | Unsecured | 447.93 | 622.54 |
| 10. | Resurgent Capital Services | Unsecured | 755.33 | 1,049.74 |
| 11. | Select Portfolio Servicing | Secured |  | No Claim Filed |
| 12. | Schottler & Zukosky | Priority |  | No Claim Filed |
| 13. | Household Remodelers | Unsecured |  | No Claim Filed |
| 14. | Wal Mart Stores | Unsecured |  | No Claim Filed |
|  |  |  | $ 7,085.47 | $ 8,307.72 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 49.19 |
| 4% | 11.57 |
| 3% | 8.58 |
| 5.5% | 134.95 |
| 5% | 26.26 |
| 4.8% | 57.37 |
| 5.4% | 176.36 |
|  | $ 464.28 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:  Hines, Estella | Case Number:  04 B 23559 |
| | Judge:  Goldgar, A. Benjamin |
| Printed: 12/02/08 | Filed:  6/22/04 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

